IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TODD R. ALLEN,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>       Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | HON. JEROME B. SIMANDLE<br><br>CIVIL NO. 08-5534 (JBS)<br><br>**ORDER** |

   This matter came before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Plaintiff, Todd R. Allen, for Disability Insurance Benefits under Title II of the Social Security Act; and

   The Court finding for reasons stated in the Opinion of today's date that the Commissioner's decision is not supported by substantial evidence;

   **IT IS** on this     **19th**     day of **February, 2010,** hereby

   **ORDERED** and **ADJUDGED** that the Commissioner's decision shall be, and hereby is, **VACATED** and **REMANDED** for further proceedings consistent with the instructions and directives set forth in the accompanying opinion.

                                         s/ Jerome B. Simandle
                                         JEROME B. SIMANDLE
                                         United States District Judge